UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4523 (L)
(1:24-cr-00165-MSN-2)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ABIMBOLA AJAYI, a/k/a Abbi Ajayi

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volumes VI and VIII under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk